BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX,
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MARY COFFMAN, ) | Case No. 1:11-cv-00652-GSA |
|         ) | |
|     Plaintiff, ) | STIPULATION AND ORDER |
|   v. ) | TO EXTEND TIME |
|         ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|         ) | |
|     Defendant. ) | |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief be extended by 30 days from January 14, 2012 to February 14, 2012.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief.  Defendant needs the additional time to further review the

file and prepare a response in this matter inasmuch as a new Special Assistant United States Attorney has taken over the case.

                                                 Respectfully submitted,

Dated: January 12, 2012         */s/ Denise Bourgeios Haley*
                                          DENISE BOURGEIOS HALEY
                                          (As authorized via *facsimile
                                          /e-mail/telephone)
                                          Attorney for Plaintiff

Dated: January 12, 2012         BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                    By:  */s/ Donna W. Anderson*
                                          DONNA W. ANDERSON
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

## ORDER

     Pursuant to the parties' stipulation, the extension of time request is granted. Defendant shall file its opposition no later than February 14, 2012.  Plaintiff's optional reply is due no later than fifteen days after the filing of the opposition.

IT IS SO ORDERED.

Dated:   **January 13, 2012**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE