# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. COFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | 1:11-cv-00652 GSA<br><br>**ORDER DENYING APPLICATION TO FILE LATE REPLY BRIEF**<br><br>(Document 19) |

On April 19, 2012, Plaintiff filed an Application to File a Late Reply Brief in this matter. Plaintiff's counsel Denise Bourgeois Haley states she was unable to timely file the reply brief "because she has been ill with shingles and out of the office since March 23, 2012," and further, as a result of her illness, has been unable to "keep up with [her] workload." Counsel indicates that she advised the Commissioner of her application to file a late brief and that Assistant Regional Counsel Donna Anderson "has not advised . . . that the Commissioner will oppose this application." *See* Doc. 19.

Because the Commissioner filed its opposition on February 7, 2012 (Doc. 17), Plaintiff's reply brief was to be filed no later than February 22, 2012, or fifteen days later. Instead,

1

1  Plaintiff's application and the reply brief (Doc. 18) were filed on April 19, 2012, or
2  approximately fifty-seven days late.
3       This Court has considered the application. Plaintiff's application fails to address the time
4  period between February 7 and February 22, 2012. Moreover, it fails to address why, despite an
5  illness, a timely request for an extension of time could not have been made. A vague reference to
6  "having symptoms prior to March 23" is insufficient to establish good cause for a delay of nearly
7  two months.
8       Accordingly, Plaintiff's application is DENIED. The Clerk of the Court is directed to
9  strike the reply brief filed April 19, 2012, entered as number 18 on this Court's docket. The
10 matter stands submitted and no further submissions will be entertained.

12      IT IS SO ORDERED.
13      Dated:   **April 20, 2012**         /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE